Free form provided by CDOC Legal Services to Offender

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 02 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

OSCAR MERCADO, _____, Plaintiff

v.

HAYDEN COAKLEY, DAKOTA KOOLMEES, CORDELL ___,

WINTZ, ARVADA POLICE OFFICERS; JOHN ___,

ARVADA POLICE CHIEF; AND CITY OF ARVADA, ___,

COUNTY OF JEFFERSON, _____, Defendant(s).

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

1

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Oscar Mercado, CDOC # 136661
(Name, prisoner identification number, and complete mailing address)

Sterling Correctional Facility, P.O. Box 6000, Sterling, CO 80751
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
_XX_ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: *(Please explain)* _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Hayden Coakley
(Name, job title, and complete mailing address)

Arvada Police Department, 8101 Ralston Rd., Arvada CO 80003

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _XX_ Yes ___ No *(check one)*. Briefly explain:

_____
_____

Defendant 1 is being sued in his/her _XX_ individual and/or _XX_ official capacity.

2

B.  DEFENDANT(S) INFORMATION:

Defendant 4:

John Doe, Chief
Arvada Police Department
8101 CRalson Rd.
Arvada, CO 80003

Defendant "was" acting under color of state law. He is being sued in his individual and official capacities.

Defendant 5:

City of Arvada
8101 Ralston Rd.
Arvada, CO 80003

Municiplaity

Defendant 6:

Jefferson County
200 Jefferson County Parkway
Golden, CO 80401

2A

Defendant 2:  Dakota Koolmees
(Name, job title, and complete mailing address)
Arvada Police Department, 8101 Ralston Rd., Arvada, CO 80003

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? XX Yes ___ No (*check one*). Briefly explain:

Defendant 2 is being sued in his/her XX individual and/or XX official capacity.

Defendant 3:  Cordell Wintz
(Name, job title, and complete mailing address)
Arvada Police Department, 8101 Ralston Rd., Arvada, CO 80003

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? XX Yes ___ No (*check one*). Briefly explain:

Defendant 3 is being sued in his/her xx individual and/or XX official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

XX   42 U.S.C. § 1983 (state, county, and municipal defendants)

___   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

XX   Other: (*please identify*)   SEE ATTACHED PAGE   2   C. JURISDICTION

3

D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:                 **EXCESSIVE FORCE**
                        Violation of Fourth Amendment

    Supporting facts:

    SEE ATTACHED PAGE __3__ D. STATEMENT OF CLAIMS


CLAIM TWO:                 **MALICIOUS PROSECUTION**
                    Violation of Fourth & Fourteenth Amendments

    Supporting Facts:

    SEE ATTACHED PAGE __4__ D. STATEMENT OF CLAIMS


CLAIM THREE:        **MANUFACTURE OF INCULPATORY EVIDENCE**
                    Violation of Fourteenth Amendment

    Supporting Facts:

    SEE ATTACHED PAGE __5__ D. STATEMENT OF CLAIMS


CLAIM FOUR:                **CONSPIRACY**
                    Violation of Fourth & Fourteenth Amendments

    Supporting Facts:

    SEE ATTACHED PAGE __6__ D. STATEMENT OF CLAIMS

E.  **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes **XX** No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

F.  **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    **XX** Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    ___ Yes **XX** No (*check one*)

The claims giving rise to this action did not occur while in a jail, prison or other correctional facility, but occurred on and after the date of arrest. Therefore, there were no administrative remedies to exhaust.

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

SEE ATTACHED PAGE ___7___ G. PRAYER FOR RELIEF

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

1/25/24
_____
(Date)

(Revised February 2022)

6

## DEFENDANT(S) INFORMATION
## THE PARTIES

1. Plaintiff, Oscar Mercado, is currently a prisoner of the State of Colorado in the custody of the Colorado Department of Corrections.

2. Defendant **Hayden Coakley**, is a Police Officer with the Arvada Police Department, who was, at all times relevant herein, acting under color of state law and within the course and scope of his employment.

3. Defendant **Dakota Koolmees**, is a Police Officer with the Arvada Police Department, who was, at all time relevant herein, acting under color of state law and within the course and scope of his employment.

4. Defendant **Cordell Wintz**, is a Police Officer with the Arvada Police Department, who was, at all time relevant herein, acting under color of state law and within the course and scope of his employment.

5. Defendant **John Doe**, is the Chief of Police for the Arvada Police Department, who was, at all times relevant herein, acting under color of state law and within the course and scope of his employment. He is legally responsible for the overall operations of the Arvada Police Department and the employees under his supervision. He is also responsible for the promulgation and the implementation of the Department's policies and procedures; as well as the training, supervision and discipline of his employees. The Arvada Police Department is located in the City of Arvada, County of Jefferson, State of Colorado.

6. At all times mentioned herein, Defendants **Coakley, Koolmees** and **Wintz**, were acting pursuant to the policies, practices, directives, customs and/or procedures of Defendant **John Doe**.

7. Defendant John Doe failed to properly train, supervise, monitor and discipline Defendants **Coakley, Koolmees** and **Wintz**. He had actual and constructive control of the officers, but failed to correct or prevent the wrongful conduct alleged herein. By his failure to train and suprevise, he has established policies, practices, directives, customs and/or procedures which were deliberately indifferent to the Plaintiff's constitutional rights alleged to have been violated herein.

8. Defendants City of Arvada and County of Jefferson, are joined as Defendants in all of the claims as a result of a failure to train, supervise, and dicipline the police officers and chief.

1

## JURISDICTION AND VENUE

9. This action raises federal questions under the Constitution of the United States, particularly the Fourth and Fourteenth Amendments, and under federal law pursuant to 28 U.S.C. § 2201 and 2202, and 42 U.S.C. § 1983, 1985, 1986 and 1988.

10. This Court has original jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. § 1331 and 1343. This Court also has jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S. § 1957.

11. This Court has authority to grant the requested damages under 28 U.S.C. § 1343(3); and attorney fees under 42 U.S.C. §1988. Declaratory and injunctive relief are authorized by 28 U.S.C.C § 2201, 2202 and 2284; 42 U.S.C. 1983; Rules 57 and 65 of the Federal Rules of Civil Procedure.

12. Venue is proper in the United States District Court for the District of Colorado under 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred within the district, and the parties are employed or reside in the district.

13. Plaintiff invokes Colorado's "Law Enforcement Integrity and Accountability Act, 2020 Colo. S.B. 217, and C.R.S. § 13-21-131, where the Colorado Immunity Act does not apply and qualified immunity is not a defense to liability under the section.

## NATURE OF THE CASE

14. This action involves the use of excessive force, malicious prosecution, the manufacturing of inculpatory evidence, including the knowing use of materiall false and misleading statements and omissions in police reports and affidavits, as well as conspiracy to cover up the excessive force.

15. The Defendants actions, as will be alleged herein, constitute a willful and knowing violation and deprivation of rights secured by the United States Constitution, in violation of 42 U.S.C. § 1983.

16. Plaintiff seeks declaratory and injunctive relief, as well as compensatory and punitive damage relief against each Defendant for the violation of his state and federal constitutional rights.

17. Each Defendant is sued in his official capacity for declaratory and injunctive relief. Each Defendant is sued in his individual capacity for monetary damages. At all times mentioned herein, each Defendant was acting under color of state law and within the course and scope of his employment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Honorable Court:

A.   Preserve the status quo during the pendency of this litigation by preliminarily enjoining the Defendants, their agents, servants, employees or any other person or law enforcement agencies acting in concert with them or on their behalf, and prohibiting them from taking any action to harass, molest, threaten, intimidate or retaliate against the Plaintiff for exercising his right to seek redress for the violations of his constitutional rights.

B.   Enter a Declaratory Judgment declaring the conduct of Defendants to be unconstitutional in all respects under the Fourth and Fourteenth Amendments.

C.   Enter a Declaratory Judgment declaring the unspoken policies, practices, directives, customs and/or procedures of the Defendants to be unconstitutional in all respects under the Fourth and Fourteenth Amendments.

D.   Adjudge, decree, and declare the rights of the Plaintiff, in order that such declaration shall have the force and effect of final judgment.

E.   Grant Plaintiff an award of compensatory and punitive damages against the Defendants for the violation of his rights.

F.   Grant Plaintiff reasonable costs and expenses of this action, including reasonable attorney fees, in accordance with 42 U.S.C. § 1988.

G.   Grant Plaintiff an award of pre and post judgment interest at the highest rate.

H.   Retain jurisdiction of this matter for the purpose of enforcing this Court's orders.

I.   Plaintiff demands a trial by jury.

Respectfully submitted this _____ day of January, 2024.

_____
Oscar Mercado, Plaintiff

7

**Oscar Mercado, CDOC #136661**
Sterling Correctional Facility
P. O. Box 6000
Sterling, CO 80751

January 25, 2024

United States District Court
Court Clerk
901 19th Street, Room A-105
Denver, CO 80294

    RE:  Civil Rights Complaint - Fourth & Fourteenth Amendment Violations

Dear Court Clerk:

My name is Oscar Mercado. I am the Plaintiff in this matter. Would you please find enclosed for filing the following documents:

    Motion and Affidavit for Leave to Proceed pursuant to 28 U.S.C. §1915 with attached Authorization, Certification of Prison Official, and Inmate Trust Fund Account Statement; and

    Civil Rights Complaint pursuant to 42 U.S.C. §1983 (Rev. 2/22).

The Complaint is incomplete and is in the process of being completed. Without being able to locate counsel, and with limited access to the prison law library, it has been difficult.

The conduct and actions giving rise to this Complaint occurred on and after January 26, 2022. As such, the two-year statute of limitations runs tomorrow. Therefore, I timeply file this partial Complaint, and request that the Court issue an order requiring me to cure deficiencies within 30 days from the date of the Court's order (with perhaps an additional extension due to the frequent law library closure and the legal assistant being required to fill in on the east side of the facility), and file his "Statement of Claims."

I thank you in advance for your immediate filing and submission. I look forward to hearing from the Court soon. This Complaint is timely filed using the mail-box rule.

Very truly,

*/s/ Oscar Mercado*
Oscar Mercado

## STATEMENT OF CLAIMS

**(EXCESSIVE FORCE)**
Violation of Fourth Amendment

**(MALICIOUS PROSECUTION)**
Violation of Fourth & Fourteenth Amendments

4

5

**(MANUFACTURE OF INCULPATORY EVIDENCE)**
Violation of Fourteenth Amendment

5

6

**CONSPIRACY**
Violation of Fourth & Fourteenth Amendments