

**Colorado Department Of Corrections**
Name: Oscar Mercado
Register Number: 136661
Unit: 3
Box Number: 6000
City, State, Zip: Sterling, CO 80751

United States District Court
901 19th Street
Denver, CO 80294

LEGAL MAIL

COLORADO DEPARTMENT OF CORRECTIONS
NAME:
Register Number: _____ Unit: _____
PO BOX:
City, State, Zip:

Restricted Inspection Mail Stamp

| SCF | 1 25 24 |
|---|---|
| FACILITY | DATE REC'D |

| ENNIS | 31927 | ME |
|---|---|---|
| DOC EMPLOYEE LAST NAME | ID# | INT |

| 136661 | MERCADO | O |
|---|---|---|
| DOC# | OFFENDER LAST NAME | INT |