IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00340-SBP
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

OSCAR MERCADO,

    Plaintiff,

v.

HAYDEN COAKLEY, Arvada Police Officer,
DAKOTA KOOLMEES, Arvada Police Officer,
CORDELL WINTZ, Arvada Police Officer,
JOHN DOE, Arvada Police Chief,
CITY OF ARVADA, and
COUNTY OF JEFFERSON,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, a prisoner in the custody of the Colorado Department of Corrections, has submitted a Prisoner Complaint (ECF No. 1)[1] and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF). The court uses this convention throughout this order.

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
- (1)  ___  is not submitted
- (2)  ___  is missing affidavit
- (3)  xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- (4)  ___  is missing certificate showing current balance in prison account
- (5)  ___  is missing required financial information
- (6)  ___  is missing authorization to calculate and disburse filing fee payments
- (7)  ___  is missing an original signature by the prisoner
- (8)  ___  is not on proper form (must use the court's form)
- (9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
- (10) xx   other: account statement is necessary only if filing and administrative fees totaling $405.00 are not paid in advance.

**Complaint, Petition or Application**:
- (11) ___  is not submitted
- (12) ___  is not on proper form (must use the court's form)
- (13) ___  is missing an original signature by the prisoner
- (14) ___  is missing page nos. ___
- (15) ___  uses et al. instead of listing all parties in caption
- (16) ___  names in caption do not match names in text
- (17) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
- (18) ___  other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 5, 2024.

BY THE COURT:

Susan Prose
United States Magistrate Judge