

March 4, 2024

U.S. District Court
901 19th St.
Denver, CO 80294

    RE: Submission of Inmate Account Statement to Cure Deficiency in Case
        No. 24-CV-340-SBP

Dear Court Clerk:

The Court filed my prisoner complaint on 2/2/24, which was dated 1/25/24. Due to the action of the prison legal assistant, I was unable to obtain a copy of my 6 month account statement.

The Court gave me 30 days to produce the statement. Please find the account statement enclosed.

As well, I wish to inform the Court that I will be filing an amended complaint in the near future to include my claims and statement of the facts, as the complaint is incomplete, as explained in my initial cover letter to the Court.

Thank you for your time.

Oscar Mercado



# STATEMENT OF ACCOUNT ACTIVITY

**136661 - MERCADO, OSCAR E**

Facility: **STERLING, SCF/UNIT03**

Date/Time Printed: **02/21/2024 08:29 AM**

Statement Period: 08/21/2023 - 02/21/2024

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 08/21/2023 00:00 | Beginning Balance | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 | |
| 09/06/2023 10:26 | INTAKE - CREDIT | 257.45 | 257.45 | 257.45 | | 0.00 | 0.00 | 257.45 | SF |
| 09/07/2023 23:49 | JPAY CREDIT | 100.00 | 357.45 | 357.45 | | 0.00 | 0.00 | 357.45 | SF |
| 09/07/2023 23:49 | JPAY CREDIT | 100.00 | 457.45 | 457.45 | | 0.00 | 0.00 | 457.45 | SF |
| 09/09/2023 23:49 | JPAY CREDIT | 100.00 | 557.45 | 557.45 | | 0.00 | 0.00 | 557.45 | SF |
| 09/09/2023 23:49 | JPAY CREDIT | 200.00 | 757.45 | 757.45 | | 0.00 | 0.00 | 757.45 | SF |
| 09/11/2023 07:32 | Canteen #17677354 Hold | 0.00 | | 757.45 | CANTEEN | 49.67 | 49.67 | 707.78 | |
| 09/13/2023 06:38 | Canteen Ord#17677354 | -49.67 | 707.78 | 707.78 | | 0.00 | 0.00 | 707.78 | SF |
| 09/18/2023 09:00 | Canteen #17689656 Hold | 0.00 | | 707.78 | CANTEEN | 306.30 | 306.30 | 401.48 | |
| 09/20/2023 06:39 | Canteen Ord#17689656 | -306.30 | 401.48 | 401.48 | | 0.00 | 0.00 | 401.48 | SF |
| 09/25/2023 14:00 | Canteen #17701518 Hold | 0.00 | | 401.48 | CANTEEN | 40.98 | 40.98 | 360.50 | |
| 09/27/2023 06:23 | Canteen Ord#17701518 | -40.98 | 360.50 | 360.50 | | 0.00 | 0.00 | 360.50 | SF |
| 10/03/2023 09:25 | Canteen #17712161 Hold | 0.00 | | 360.50 | CANTEEN | 24.38 | 24.38 | 336.12 | |
| 10/04/2023 06:39 | Canteen Ord#17712161 | -24.38 | 336.12 | 336.12 | | 0.00 | 0.00 | 336.12 | SF |
| 10/05/2023 23:50 | JPAY CREDIT | 150.00 | 486.12 | 486.12 | | 0.00 | 0.00 | 486.12 | SF |
| 10/09/2023 08:19 | Canteen #17724974 Hold | 0.00 | | 486.12 | CANTEEN | 24.58 | 24.58 | 461.54 | |
| 10/11/2023 06:42 | Canteen Ord#17724974 | -24.58 | 461.54 | 461.54 | | 0.00 | 0.00 | 461.54 | SF |
| 10/18/2023 11:50 | Canteen #17743402 Hold | 0.00 | | 461.54 | CANTEEN | 70.64 | 70.64 | 390.90 | |
| 10/23/2023 06:37 | Canteen Ord#17743402 | -70.64 | 390.90 | 390.90 | | 0.00 | 0.00 | 390.90 | SF |
| 10/25/2023 12:42 | Canteen #17754592 Hold | 0.00 | | 390.90 | CANTEEN | 92.47 | 92.47 | 298.43 | |
| 10/27/2023 23:49 | JPAY CREDIT | 100.00 | 490.90 | 490.90 | MANDATORY | 20.00 | 112.47 | 378.43 | SF |
| 10/30/2023 06:46 | Canteen Ord#17754592 | -92.47 | 398.43 | 398.43 | | 0.00 | 20.00 | 378.43 | SF |
| 10/31/2023 00:28 | RESTITUTION-06CR160 | -20.00 | 378.43 | 378.43 | | 0.00 | 0.00 | 378.43 | SF |
| 11/03/2023 08:18 | UNASSIGNED | 3.63 | 382.06 | 382.06 | MANDATORY | 0.73 | 0.73 | 381.33 | SF |
| 11/07/2023 08:15 | MEDICAL UNASSIGNED | 2.31 | 384.37 | 384.37 | MANDATORY | 0.46 | 1.19 | 383.18 | SF |
| 11/14/2023 15:29 | Canteen #17790314 Hold | 0.00 | | 384.37 | CANTEEN | 82.28 | 83.47 | 300.90 | |
| 11/16/2023 06:40 | Canteen Ord#17790314 | -82.28 | 302.09 | 302.09 | | 0.00 | 1.19 | 300.90 | SF |
| 11/20/2023 15:03 | XEROX-DEBIT | -1.50 | 300.59 | 300.59 | | 0.00 | 1.19 | 299.40 | SF |
| 11/21/2023 10:09 | Canteen #17802385 Hold | 0.00 | | 300.59 | CANTEEN | 67.50 | 68.69 | 231.90 | |
| 11/21/2023 10:52 | PHOTOS - DEBIT | -2.00 | 298.59 | 298.59 | | 0.00 | 68.69 | 229.90 | SF |
| 11/21/2023 23:51 | JPAY CREDIT | 100.00 | 398.59 | 398.59 | MANDATORY | 20.00 | 88.69 | 309.90 | SF |



# STATEMENT OF ACCOUNT ACTIVITY

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Encumbrances Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 11/22/2023 06:47 | Canteen Ord#17802385 | -67.50 | 331.09 | 331.09 | | 0.00 | 21.19 | 309.90 | SF |
| 11/29/2023 15:33 | Canteen #17813037 Hold | 0.00 | | 331.09 | CANTEEN | 56.23 | 77.42 | 253.67 | |
| 11/29/2023 23:51 | DENTAL APPOINT | -3.00 | 328.09 | 328.09 | | 0.00 | 77.42 | 250.67 | SF |
| 11/30/2023 00:31 | RESTITUTION-06CR160 | -21.19 | 306.90 | 306.90 | | 0.00 | 56.23 | 250.67 | SF |
| 12/04/2023 06:29 | Canteen Ord#17813037 | -56.23 | 250.67 | 250.67 | | 0.00 | 0.00 | 250.67 | SF |
| 12/04/2023 09:08 | UNASSIGNED | 7.26 | 257.93 | 257.93 | MANDATORY | 1.45 | 1.45 | 256.48 | SF |
| 12/06/2023 23:50 | JPAY CREDIT | 100.00 | 357.93 | 357.93 | MANDATORY | 20.00 | 21.45 | 336.48 | SF |
| 12/07/2023 09:02 | Canteen #17830570 Hold | 0.00 | | 357.93 | CANTEEN | 113.64 | 135.09 | 222.84 | |
| 12/11/2023 06:30 | Canteen Ord#17830570 | -113.64 | 244.29 | 244.29 | | 0.00 | 21.45 | 222.84 | SF |
| 12/13/2023 10:25 | Canteen #17842241 Hold | 0.00 | | 244.29 | CANTEEN | 93.79 | 115.24 | 129.05 | |
| 12/18/2023 07:02 | Canteen Ord#17842241 | -93.79 | 150.50 | 150.50 | | 0.00 | 21.45 | 129.05 | SF |
| 12/19/2023 06:28 | Canteen Cred#17849329 | 12.60 | 163.10 | 163.10 | | 0.00 | 21.45 | 141.65 | SF |
| 12/20/2023 11:40 | Canteen #17857733 Hold | 0.00 | | 163.10 | CANTEEN | 35.88 | 57.33 | 105.77 | |
| 12/22/2023 23:49 | JPAY CREDIT | 100.00 | 263.10 | 263.10 | MANDATORY | 20.00 | 77.33 | 185.77 | SF |
| 12/26/2023 07:11 | Canteen Ord#17857733 | -35.88 | 227.22 | 227.22 | | 0.00 | 41.45 | 185.77 | SF |
| 12/26/2023 11:11 | Canteen #17864759 Hold | 0.00 | | 227.22 | CANTEEN | 44.90 | 86.35 | 140.87 | |
| 12/29/2023 00:33 | RESTITUTION-06CR160 | -41.45 | 185.77 | 185.77 | | 0.00 | 44.90 | 140.87 | SF |
| 12/31/2023 23:49 | JPAY CREDIT | 100.00 | 285.77 | 285.77 | MANDATORY | 20.00 | 64.90 | 220.87 | SF |
| 01/02/2024 07:54 | Canteen Ord#17864759 | -44.90 | 240.87 | 240.87 | | 0.00 | 20.00 | 220.87 | SF |
| 01/03/2024 10:08 | Canteen #17879677 Hold | 0.00 | | 240.87 | CANTEEN | 210.28 | 230.28 | 10.59 | |
| 01/04/2024 09:32 | Canteen #17883188 Hold | 0.00 | | 240.87 | CANTEEN | 10.53 | 240.81 | 0.06 | |
| 01/04/2024 09:37 | UNASSIGNED | 6.93 | 247.80 | 247.80 | MANDATORY | 1.39 | 242.20 | 5.60 | SF |
| 01/07/2024 23:50 | JPAY CREDIT | 40.00 | 287.80 | 287.80 | MANDATORY | 8.00 | 250.20 | 37.60 | SF |
| 01/08/2024 06:42 | Canteen Ord#17883188 | -10.53 | 277.27 | 277.27 | | 0.00 | 239.67 | 37.60 | SF |
| 01/10/2024 12:25 | Canteen #17896439 Hold | 0.00 | | 277.27 | CANTEEN | 37.24 | 276.91 | 0.36 | |
| 01/12/2024 23:51 | JPAY CREDIT | 100.00 | 377.27 | 377.27 | MANDATORY | 20.00 | 296.91 | 80.36 | SF |
| 01/16/2024 06:41 | Canteen Ord#17896439 | -37.24 | 340.03 | 340.03 | | 0.00 | 259.67 | 80.36 | SF |
| 01/18/2024 07:25 | Canteen #17907636 Hold | 0.00 | | 340.03 | CANTEEN | 66.74 | 326.41 | 13.62 | |
| 01/19/2024 06:45 | Canteen Ord#17879677 | -210.28 | 129.75 | 129.75 | | 0.00 | 116.13 | 13.62 | SF |
| 01/19/2024 15:52 | PHOTOS - DEBIT | -2.00 | 127.75 | 127.75 | | 0.00 | 116.13 | 11.62 | SF |
| 01/22/2024 07:03 | Canteen Ord#17907636 | -66.74 | 61.01 | 61.01 | | 0.00 | 49.39 | 11.62 | SF |
| 01/23/2024 23:51 | JPAY CREDIT | 60.00 | 121.01 | 121.01 | MANDATORY | 12.00 | 81.39 | 39.62 | SF |
| 01/23/2024 23:51 | JPAY CREDIT | 100.00 | 221.01 | 221.01 | MANDATORY | 20.00 | 81.39 | 139.62 | SF |
| 01/23/2024 23:57 | DENTAL APPOINT | -3.00 | 218.01 | 218.01 | | 0.00 | 81.39 | 136.62 | SF |
| 01/25/2024 13:02 | Canteen #17920382 Hold | 0.00 | | 218.01 | CANTEEN | 15.60 | 96.99 | 121.02 | |
| 01/29/2024 06:45 | Canteen Ord#17920382 | -15.60 | 202.41 | 202.41 | | 0.00 | 81.39 | 121.02 | SF |
| 01/29/2024 11:22 | POSTAGE-DEBIT | -4.09 | 198.32 | 198.32 | | 0.00 | 81.39 | 116.93 | SF |
| 01/29/2024 13:47 | Canteen #17922723 Hold | 0.00 | | 198.32 | CANTEEN | 10.00 | 91.39 | 106.93 | |
| 01/31/2024 00:31 | RESTITUTION-06CR160 | -81.39 | 116.93 | 116.93 | | 0.00 | 10.00 | 106.93 | SF |



# STATEMENT OF ACCOUNT ACTIVITY

| Date:Time | Description | Tran Amt | Balance | Available Bef. W/H | Encumbrances Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/2024 06:47 | Canteen Ord#17922723 | -10.00 | 106.93 | 106.93 | | 0.00 | 0.00 | 106.93 | SF |
| 02/02/2024 11:42 | UNASSIGNED | 7.59 | 114.52 | 114.52 | MANDATORY | 1.52 | 1.52 | 113.00 | SF |
| 02/07/2024 08:28 | Canteen #17937924 Hold | 0.00 | | 114.52 | CANTEEN | 31.54 | 33.06 | 81.46 | |
| 02/09/2024 08:58 | Canteen #17932253 Hold | 0.00 | | 114.52 | CANTEEN | 80.88 | 113.94 | 0.58 | |
| 02/12/2024 23:51 | JPAY CREDIT | 100.00 | 214.52 | 214.52 | MANDATORY | 20.00 | 133.94 | 80.58 | SF |
| 02/13/2024 06:43 | Canteen Ord#17937924 | -31.54 | 182.98 | 182.98 | | 0.00 | 102.40 | 80.58 | SF |
| 02/14/2024 09:57 | Canteen #17954623 Hold | 0.00 | | 182.98 | CANTEEN | 79.04 | 181.44 | 1.54 | |
| 02/20/2024 07:04 | Canteen Ord#17954623 | -79.04 | 103.94 | 103.94 | | 0.00 | 102.40 | 1.54 | SF |
| 02/21/2024 23:58 | Ending Balance | 0.00 | 103.94 | 103.94 | | 0.00 | 102.40 | 1.54 | |

**Total Deposits:** 1,847.77

**Total Withdrawals:** 1,743.83

**Account Information as of 02/21/2024 08:29**

Status: ACTIVE | Current Balance: $103.94 | Total Money In Hold: $0.00

Total Reserved/Encumbered: $102.40 | Available Balance: $1.54

| Statement Information | |
|---|---|
| **Date:Time** | reflects the transaction date and time of deposits and withdrawals to the account during the statement period. |
| **Description** | is a brief memorandum describing the transaction. |
| **Tran Amt** | is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number. |
| **Balance** | is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2. |
| **Available Before W/H** | is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref. AR 200-2). This amount is derived prior to mandatory withholding. |
| **Encumbrances** | are amounts placed on hold pending further processing by the banking system, such as when a centeen order is posted or a deposit is subject to mandatiry garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported. |
| **Available Balance** | shows monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical. |
| **FC** | (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction. |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

***Printed and Certified by Theresa Polly, CDOC Legal Assistant***

THERESA CRITES
LEGAL ASSISTANT I

FEB 21

**Colorado Department Of Corrections**

Name Oscoar Mercado

Register Number 136661

Unit 3

Box Number 6000

City, State, Zip Sterling CO 80751

DENVER CO 802

6 MAR 2024 PM 7 L

U. S. District Court
901 19th Street
Denver, CO 80294

LEGAL MAIL

80294-250151

Restricted Inspection Mail Stamp

SCF
FACILITY

03/05/2024
DATE REC'D

Gallegos
DOC EMPLOYEE LAST NAME

30680
ID#

JG
INT

136661
DOC#

Mercado
OFFENDER LAST NAME

Q
INT