IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00340-SBP

OSCAR MERCADO,

    Plaintiff,

v.

HAYDEN COAKLEY, Arvada Police Officer,
DAKOTA KOOLMEES, Arvada Police Officer,
CORDELL WINTZ, Arvada Police Officer,
JOHN DOE, Arvada Police Chief,
CITY OF ARVADA, and
COUNTY OF JEFFERSON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE SUSAN PROSE

    Plaintiff's Prisoner Complaint (ECF No. 1) is incomplete and does not include any factual allegations in support of the claims Plaintiff apparently intends to assert. Plaintiff is directed to file an amended complaint on or before April 5, 2024, if he wishes to pursue any claims in this action.

Dated:   March 11, 2024