

# U.S. District Court

## District of Colorado

Receipt Date: Mar 25, 2024 12:00PM

STATE OF COLORADO
PO BOX 1010
CANON CITY, CO 81215

| Rcpt. No: 110108 | Trans. Date: Mar 25, 2024 12:00PM | | | Cashier ID: #EF |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 201 | Civil Filing Fee/PLRA/Non-Prisoner Installment/CCAM | DCOX124CV000340 /001<br>OSCAR MERCADO<br>**FBO**: Oscar Mercado | 1 | 54.00 | 54.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #277883 | 03/25/2024 | $54.00 |
| | | | Total Due Prior to Payment: | $54.00 |
| | | | Total Tendered: | $54.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: Initial PLRA filing fee 24-cv-340-SBP

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.