IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00340-SBP

Oscar Mercado,

Plaintiff,

V.

HAYDEN COAKLEY, Arvada Police Officer,
DAKOTA KOOLMEES, Arvada Police Officer,
CORDELL WINTZ, Arvada Police Officer,
JOHN DOE, Arvada Police Chief, and
COUNTY OF JEFFERSON,

Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2024

JEFFREY P. COLWELL
CLERK

---

## MOTION FOR EXTENSION OF TIME

---

Comes now the Plaintiff Oscar Mercado, pro se
and moves this Honorable Court grant me an
Extension of Time for Filing my Amended Complaint. ~~&~~
~~Defendants~~

I am a pro se litigant and my pleading
Should be construed liberally.

I am incarcerated in a facility that is understaffed and have very limited access to the law library.

I have not filed for any Extensions of Time in this matter.

No one will be prejudiced by an Extension in this matter.

I am requestion a 60 day Extension from April 5th, 2024 to June 4th, 2024 to File my Amended Complaint.

Respectfully submitted this 24th day of March, 2024.

Oscar Mercado
Plaintiff pro se

3-24-24
Date

Certificate of Service

I, Oscar Mercado, plaintiff pro se do hereby swear under penalty of perjury (pursuant to 28 USC § 1746; 18 USC § 1621) that a true and accurate copy of the fore-going Motion for Extension of Time was placed in the SCF Legal Mail system, first class postage pre-paid, on March 24th, 2024.

For purposes of deadlines, I invoke the Prison Mailbox rule.

The Motion for Extension of Time was sent to:

Clerk of the Court
901 19th St., Room A105
Denver, Co 80294-3589

Oscar Mercado
Oscar Mercado
Plaintiff pro se

3-24-24
Date

**Colorado Department Of Corrections**

Name _Oskar Merlado_

Register Number _#136661_

Unit _1-B_

Box Number _0000_

City, State, Zip _Sterling, Co. 80751_

DENVER CO 802

25 MAR 2024 PM 4 L

Restricted Inspection Mail Stamp

FACILITY _SCF_

DATE REC'D _3/04/24_

Visegal _am_

_T.T._ _0_

DOC EMPLOYEE LAST NAME _Miguel_

LD# _Miciado_

OFFENDER LAST NAME

DOC# _136661_

INT

80294-250151

Clerk of The Court
901 19th St. Room A-105
Denver, Co 80294-3589

PURPLE HEART

FOREVER USA