IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00340-SBP

OSCAR MERCADO,

    Plaintiff,

v.

HAYDEN COAKLEY, Arvada Police Officer,
DAKOTA KOOLMEES, Arvada Police Officer,
CORDELL WINTZ, Arvada Police Officer,
JOHN DOE, Arvada Police Chief,
CITY OF ARVADA, and
COUNTY OF JEFFERSON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE SUSAN PROSE

    Plaintiff's Motion for Extension of Time (ECF No. 9) filed March 27, 2024, is GRANTED IN PART and Plaintiff shall have up to and including May 6, 2024, to file an amended complaint if he wishes to pursue any claims in this action.

Dated:   March 28, 2024