IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1-24-cv-0340-SBP

OSCAR MERCADO, PLAINTIFF

V.

HAYDEN COAKLEY, ARVADA POLICE OFFICER, IN HIS INDIVIDUAL CAPACITY;

DAKOTA HOLMES, ARVADA POLICE OFFICER, IN HIS INDIVIDUAL CAPACITY;

CORDELL WINTZ, ARVADA POLICE OFFICER, IN HIS INDIVIDUAL CAPACITY, DEFENDANTS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -2 2024

JEFFREY P. COLWELL
CLERK

## AMENDED COMPLAINT

PLAINTIFF OSCAR MERCADO, PRO SE, RESPECTFULLY SUBMITS THIS AMENDED COMPLAINT TO REMEDY THE LACK OF FACTUAL ALLEGATIONS IN MY ORIGINAL COMPLAINT.

IN SUPPORT OF MY AMENDED COMPLAINT I STATE AS FOLLOWS:

### INTRODUCTION

ON JANUARY 26, 2022, AROUND 8:00 OR 9:00 PM, I WAS ENGAGED IN A CHASE AS A RESULT OF MY STEALING A CAR. WHEN I WAS ARRESTED THE OFFICERS INVOLVED USED EXCESSIVE FORCE IN VIOLATION OF MY FOURTH AMENDMENT RIGHTS. SPECIFICALLY THE OFFICERS SHOT ME 52 TIMES, INCLUDING SEVERAL SHOTS IN THE BACK WHILE I WAS ALREADY ON THE GROUND. AS A RESULT I SPENT A WEEK IN THE HOSPITAL. I LOST MY LEFT RING FINGER. MY ABILITY TO MOVE WAS PERMANENTLY RESTRICTED. I HAD TO HAVE MY BLADDER AND STOMACH RECONSTRUCTED. I HAD TO HAVE MY RIGHT EAR RECONSTRUCTED AND REPLACED. I SUFFERED PERMANENT NERVE DAMAGE IN MY RIGHT ARM AND LOST THE USE OF MY RIGHT HAND. I WILL BE IN PAIN AND DISABLED FOR THE REST OF MY LIFE AS A RESULT OF EXCESSIVE FORCE.

## PARTIES

PLAINTIFF OSCAR MERCADO, PRISONER, STERLING CORRECTIONAL FACILITY, P.O. BOX 6000, STERLING, CO. 80751. I HAVE NO OTHER NAMES OR ALIASES. I AM A CONVICTED AND SENTENCED STATE PRISONER.

DEFENDANT 1: HAYDEN COAKLEY, ARVADA POLICE OFFICER, ARVADA POLICE DEPT. 8101 RALSTON RD. ARVADA, CO. 80003. COAKLEY WAS ACTING UNDER COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT. COAKLEY WAS ACTING AS AN ARVADA POLICE OFFICER AT THE TIME OF MY ARREST. COAKLEY IS BEING SUED IN HIS INDIVIDUAL CAPACITY.

DEFENDANT 2: DAKOTA HOLMES, ARVADA POLICE OFFICER, ARVADA POLICE DEPT. 8101 RALSTON RD. ARVADA, CO. 80003. HOLMES WAS ACTING UNDER COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT. HOLMES WAS ACTING AS AN ARVADA POLICE OFFICER AT THE TIME OF MY ARREST. HOLMES IS BEING SUED IN HIS INDIVIDUAL CAPACITY.

DEFENDANT 3: CORDELL WINTZ, ARVADA POLICE OFFICER, ARVADA POLICE DEPT. 8101 RALSTON RD. ARVADA, CO. 80003. WINTZ WAS ACTING UNDER COLOR OF STATE LAW AT ALL TIMES RELEVANT TO THIS COMPLAINT. WINTZ WAS ACTING AS AN ARVADA POLICE OFFICER AT THE TIME OF MY ARREST. WINTZ IS BEING SUED IN HIS INDIVIDUAL CAPACITY.

## JURISDICTION

THIS ACTION IS BEING BROUGHT AGAINST LOCAL OFFICIALS PURSUANT TO 42 U.S.C. § 1983. THIS IS THE PROPER VENUE AS ALL THE EVENTS RELEVANT TO THIS COMPLAINT HAPPENED IN THE STATE OF COLORADO MAKING THE DISTRICT OF COLORADO THE CORRECT JURISDICTION PURSUANT TO 28 U.S.C. § 1391(B).

## CLAIM FOR RELIEF

CLAIM ONE:  UNLAWFUL AND EXCESSIVE USE OF FORCE IN VIOLATION OF THE FOURTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

CLAIM ONE IS ASSERTED AGAINST ALL THREE DEFENDANTS: COAKLEY, HOLMES, AND WINTZ.

SUPPORTING FACTS:

ON JANUARY 26, 2022, IN THE CITY OF ARVADA, BETWEEN 8:00 AND 9:00 PM, AT THE END OF A CAR CHASE ARVADA POLICE OFFICER DAKOTA HOLMES BROUGHT ME TO A STOP BY SPINNING THE VEHICLE I WAS IN.

WHEN I OPENED THE DOOR OFFICER HOLMES SHOT AND HIT ME IN THE EAR AND THEN THE ARM.

I GOT OUT OF THE CAR AND BEGAN TO RUN FROM OFFICER HOLMES'S GUNSHOTS.

AS I WAS RUNNING ONE OF OFFICER HOLMES'S SHOTS HIT ME IN MY LEFT RING FINGER CAUSING IT TO BE BLOWN OFF OF MY HAND.

OFFICER HOLMES'S NEXT SHOT HIT ME IN MY RIGHT BUTTOCK.  THIS KNOCKED ME TO THE GROUND.  I LANDED ON MY STOMACH.  FROM THAT TIME ON I WAS COMPLETELY IMMOBILE.

AT SOME POINT DURING ALL OF THE ABOVE OFFICERS COAKLEY AND WINTZ ARRIVED AT THE SCENE.

THEY TOO SHOT AT ME, MANY OF THEIR BULLETS HITTING ME IN THE BACK WHILE I WAS LAYING PRONE ON THE GROUND.

BECAUSE ALL THIS HAPPENED BEHIND ME AND WHILE I WAS FACE DOWN ON THE GROUND, I CAN'T SAY EXACTLY WHO SHOT ME AT WHAT TIMES.

WHAT I CAN SAY IS THE RESULTING INTERNAL AFFAIRS INVESTIGATION DETERMINED THAT ALL THREE OFFICERS SHOT ME MULTIPLE TIMES WHILE I WAS IMMOBILE, UNARMED, FACE DOWN, ON THE GROUND.

AS THIS IS ONLY THE COMPLAINT STAGE I WILL NOT ATTACH ADDITIONAL EVIDENCE. THAT SAID, I WENT THROUGH A CRIMINAL PROCESS WITH ALL THIS AND MY DISCOVERY

DEMONSTRATED THAT ALL OF WHAT I ALLEGE IN THIS COMPLAINT IS TRUE.

SHOOTING A SUSPECT MULTIPLE TIMES IN THE BACK WHILE HE IS FACE DOWN ON THE GROUND IS NOT REASONABLE BY ANY STANDARDS AND A CLEAR VIOLATION OF THE FOURTH AMENDMENT.

### PREVIOUS LAWSUITS

I HAVE NEVER FILED A LAWSUIT BEFORE THIS.

### ADMINISTRATIVE REMEDIES

THIS IS NOT A SUIT REGARDING CONDITIONS OF CONFINEMENT. THAT NOTED, MY CRIMINAL DEFENSE ATTORNEYS FOLLOWED ALL THE PROPER PROCEDURES FOR DEALING WITH THIS KIND OF INCIDENT.

### REQUEST FOR RELIEF

I AM SEEKING COMPENSATORY AND PUNITIVE DAMAGES FROM ALL THREE DEFENDANTS: OFFICERS COAKLEY, HOLMES, AND WINTZ.

### JURY DEMAND

I DEMAND A TRIAL BY JURY.

### DECLARATION

I DECLARE UNDER PENALTY OF PERJURY THAT I AM THE PLAINTIFF IN THIS ACTION, THAT I HAVE READ THIS COMPLAINT, AND THE INFORMATION IN THIS COMPLAINT IS TRUE AND CORRECT. (THIS DECLARATION PURSUANT TO 28 U.S.C. § 1746 AND 18 U.S.C. § 1621.)

BY SIGNING BELOW I CERTIFY TO THE BEST OF MY KNOWLEDGE AND INFORMATION AND BELIEF THAT THIS COMPLAINT IS NOT BEING PRESENTED FOR AN IMPROPER PURPOSE, IS SUPPORTED BY EXISTING LAW, THE FACTUAL CONTENTIONS HAVE EVIDENTIARY SUPPORT AND

THE COMPLAINT OTHERWISE COMPLIES WITH THE FEDERAL RULES OF CIVIL PROCEDURE.

(THIS CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11)

_____
OSCAR MERCADO, PLAINTIFF PRO SE


____4.28.2024_____
DATE

(5)

**Colorado Department Of Corrections**

Name: Oscor Mercado
Register Number: 136661
Unit: 2  B 2 14
Box Number: 6000
City, State, Zip: Sterling, CO 80751

LEGAL

U.S. District Court
C/O Court Clerk
901 19th Street
Denver, CO 80294

DENVER CO 802
30 APR 2024 PM 2

80294-250151