IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00340-SBP

OSCAR MERCADO,

    Plaintiff,

v.

HAYDEN COAKLEY, Arvada Police Officer, in his individual capacity,
DAKOTA HOLMES, Arvada Police Officer, in his individual capacity, and
CORDELL WINTZ, Arvada Police Officer, in his individual capacity,

    Defendants.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED May 3, 2024.

BY THE COURT:

Susan Prose
United States Magistrate Judge