**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action 24-cv-00340-STV

OSCAR MERCADO,

      Plaintiff,

v.

HAYDEN COAKLEY, Arvada Police Officer, in his individual capacity,
DAKOTA HOLMES, Arvada Police Officer, in his individual capacity, and
CORDELL WINTZ, Arvada Police Officer, in his individual capacity,

      Defendants.

---

**ORDER SETTING DEADLINE FOR FILING ELECTION CONCERNING
CONSENT/NON-CONSENT TO MAGISTRATE JURISDICTION FORM AND SETTING
SCHEDULING CONFERENCE**

---

Entered By Magistrate Judge Scott T. Varholak

      This case has been directly assigned to Magistrate Judge Scott T. Varholak pursuant to D.C.COLO.LCivR 40.1(c). [#12]

      **IT IS ORDERED**:

      1.     Pursuant to D.C.COLO.LCivR 72.2(d), the parties shall complete and file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, available from the Court's website at www.cod.uscourts.gov, on or before **July 2, 2024**.

      2.     Pursuant to Fed. R. Civ. P. 16(b) and Local Civil Rule 16.1, the Court shall hold a scheduling conference on:

**July 16, 2024 at 11:45 AM**

in Courtroom A-402, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).  The parties may participate in the conference telephonically by calling **571-353-2301** at the scheduled time and utilizing Meeting ID: **252821415#**. The Court notes that the parties may hear the

conclusion of a prior hearing at the time they call in, and are instructed to simply wait until their case is called.

4.  On or before **July 9, 2024**, the parties shall file a joint proposed scheduling order in the form required pursuant to D.C.COLO.LCivR 16.2. A copy of the instructions for the preparation of the proposed scheduling order and the required form can be downloaded from the court's website at www.cod.uscourts.gov.

5.  The Clerk of Court is directed to mail a copy of this order, along with a copy of the instructions for the preparation of the proposed scheduling order and the template proposed scheduling order form to Plaintiff.

DATED: May 3, 2024                          BY THE COURT:


s/Scott T. Varholak
United States Magistrate Judge