IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00340-STV

OSCAR MERCADO,

    Plaintiff,

v.

HAYDEN COAKLEY, Arvada Police Officer, in his individual capacity,
DAKOTA HOLMES, Arvada Police Officer, in his individual capacity, and
CORDELL WINTZ, Arvada Police Officer, in his individual capacity.,

    Defendants.

---

## CERTIFICATE OF SERVICE

    I certify that I have mailed a copy of the Certificate of Service to the named individuals below, and the following forms to the Colorado Department of Corrections for Service of Process: ORDER FILED ON 05/03/2024, AMENDED COMPLAINT FILED ON 05/02/2024, SUMMONS, WAIVER*, and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES on May 9, 2024.
.

Oscar Mercado
#136661
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Hayden Coakley, Dakota Holmes, and Cordell Wintz
Colorado Department of Corrections - **Waiver***
Office of Legal Affairs
**DELIVERED ELECTRONICALLY - VIA EMAIL**

Phil Weiser, Attorney General
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY - VIA EMAIL COURTESY COPY**

First Asst. Attorney General
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY - VIA EMAIL COURTESY COPY**

                                                      s/ S. Chaplin
                                                      Deputy Clerk